**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DOROTHY AND LAWRENCE DUNNING**                                           **PLAINTIFFS**

**V.**                                           **CIVIL ACTION NO. 1:14cv123-KS-MTP**

**STATE OF MINNESOTA AND HENNEPIN
COUNTY HUMAN SERVICES AND HEALTH
DEPARTMENT**                                           **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

All claims in this action have been dismissed without prejudice by prior Court

Orders.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause should be and

hereby is dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 20th day of May, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE